IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR 13 2004
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| Pamela G. Cowart, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>David J. Axelrod & Associates, f/k/a Axelrod & Greenblatt, David J. Axelrod, individually, Wal-Mart Stores, Inc., and Sam's Club West, Inc., d/b/a Sam's Club<br><br>Defendants. | No. 03 C 5341<br><br>Judge Manning<br>Magistrate Judge Ashman<br><br>CLASS ACTION |

DOCKETED
APR 21 2004

### RE-NOTICE OF MOTION

TO: See Certificate of Service

PLEASE TAKE NOTICE that on Tuesday, April 20, 2004 at 10:30 a.m., Plaintiff's counsel shall appear before the Honorable Magistrate Judge Ashman in Room 1386, Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Plaintiff's Motion for Leave to File an Amended Complaint*, a copy of which is attached and hereby served upon you.

Respectfully submitted,

By: _____
One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
(312) 782-5808

26

## CERTIFICATE OF SERVICE

I, Cynthia Strothoff, paralegal, hereby certify under penalties of perjury as provided under 28 U.S.C. §1746 that I served the attached *Plaintiff's Motion for Leave to File an Amended Complaint,* by fax and U.S. Mail, on April 13, 2004 to:

>Ruth A. Bahe-Jachna
>Greenberg Traurig, P.C.
>77 W. Wacker Dr., Suite 2500
>Chicago, IL 60601
>312-456-8435
>
>Terry D. Weissman
>Christopher Mickus
>Neil, Gerber, and Eisenberg
>2 N. LaSalle, Suite 2200
>Chicago, IL 60602
>312-269-1747

_____
Cynthia Strothoff, paralegal

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| Pamela G. Cowart, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>David J. Axelrod & Associates, f/k/a Axelrod & Greenblatt, David J. Axelrod, individually, Wal-Mart Stores, Inc., and Sam's Club West, Inc., d/b/a Sam's Club<br><br>Defendants. | No. 03 C 5341<br><br>Judge Manning<br>Magistrate Judge Ashman<br><br>CLASS ACTION |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff Pamela Cowart, by and through her attorneys, respectfully requests that this Court grant her leave to file an amended complaint to allege a common law wrongful garnishment action against all Defendants. In furtherance of this motion, Plaintiff's counsel states as follows:

1. Wal-Mart and Sam's Club filed a motion to dismiss Plaintiff's Count IV Illinois Consumer Fraud Act claim against them. This motion was granted.

2. Accordingly, Plaintiff seeks leave of court to file an amended complaint, charging Wal-Mart and Sam's Club with a common law wrongful garnishment action. This claim is also brought against the Axelrod Defendants.

3. Under Federal Rule of Civil Procedure 15(a), leave to amend a pleading shall be freely given when justice so requires. As is explained in Plaintiffs' first amended class action complaint, a copy of which is attached as <u>Exhibit A</u>, Wal-Mart and Sam's Club improperly remitted Plaintiff's wages without a court order, even though such a court order is required by

735 ILCS 5/12-808. Because Illinois law recognizes a common law action for wrongful garnishment, Plaintiff seeks leave to amend her complaint to allege the claim.

WHEREFORE, Plaintiff respectfully requests that this Court grant her leave to file the attached amended complaint.

Respectfully submitted,

By: _____
One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602-2318
(312) 782-5808

# SEE CASE FILE FOR EXHIBITS